BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
212-297-0050
Todd P. Kenyon (TK 7654)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
WESTERN BULK CARRIERS KS                               :
                                                       :          08 Civ. 00984
                 Plaintiff,                            :
                                                       :          **RULE 7.1 DISCLOSURE**
         -against-                                     :
                                                       :
A.P. OXIDOS INDUSTRIA                                  :
E COMERCIO LTDA                                        :
                                                       :
                 Defendant.                            :
                                                       :
-------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Western Bulk Carriers KS identifies the following corporate parents and publicly traded corporations which own at least 10% of its stock: **NONE.**

Dated: February 1, 2008

                                                        BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
                                                         Attorneys for Plaintiff


                                         By _____
                                              Todd P. Kenyon (TK 7654)
                                              Attorneys for Plaintiff
                                              46 Trinity Place
                                              New York, New York 10006
                                              212-297-0050