```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-05-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
WESTERN BULK CARRIERS KS

      Plaintiff,

    -against-

A.P. OXIDOS INDUSTRIA
E COMERCIO LTDA

      Defendant.
------------------------------------------------------X

08 Civ. 00984 (MGC)

**ORDER APPOINTING PERSONS
TO SERVE RULE B PROCESS**

    **NOW**, upon application of Plaintiff for an Order appointing Harrison Haimowitz, Joseph Cardillo, or any other partner, associate, paralegal or agent of Betancourt, Van Hemmen, Greco & Kenyon LLC who is over 18 years of age and is not a party to this action to serve ~~a Process~~ of the ~~Maritime Attachment and~~ Garnishment with Interrogatories, Order for Issuance of Process of Maritime Attachment and Garnishment, ~~Summons,~~ and Second Amended Verified Complaint herein on garnishees, and it appearing that substantial savings in process and travel fees will result from such appointment, it is hereby:

    **ORDERED** that Harrison Haimowitz, Joseph Cardillo, or any other partner, associate, paralegal or agent of Betancourt, Van Hemmen, Greco & Kenyon LLC who is over 18 years of age and is not a party to this action, be and hereby are appointed to serve the ~~Process of Maritime Attachment and Garnishment with Interrogatories,~~ Order for Issuance of Process of Maritime Attachment and Garnishment, ~~Summons,~~ and Second Amended Verified Complaint herein on garnishees.

Dated: New York, New York
      April __, 2008

                      SO ORDERED:

                      _____
                      U. S. D. J.